[No. 51423-7-I.   Division One.   November 10, 2003.]

ALLIANCE PACKAGING, L.L.C., ET AL., *Appellants*, v. GORDON L. HOLMQUIST, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-20468-6, Palmer Robinson, J., entered November 20, 2003. *Reversed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Grosse, J.

[No. 51442-3-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01616-9, Charles S. French, J., entered November 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51457-1-I.   Division One.   November 10, 2003.]

ESPERANZA WARDACH, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-10146-1, Gregory P. Canova, J., entered October 30, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 51472-5-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY HAMBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05585-7, Paris K. Kallas, J., entered November 8, 2002. *Affirmed* by unpublished per curiam opinion.